**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1628**

LENIR RICHARDSON,

Plaintiff - Appellant,

v.

STRAYER UNIVERSITY; FED LOAN SERVICING; NAVIENT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:17-cv-01014-CMH-TCB)

Submitted:  July 19, 2018                                        Decided:  July 23, 2018

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lenir Richardson, Appellant Pro Se.  Zachary Stevens Stinson, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Washington, D.C.; Timothy Joseph McEvoy, CAMERON MCEVOY, PLLC, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lenir Richardson seeks to appeal the district court's order granting the Defendants' motion to dismiss and dismissing her complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on March 31, 2018. The notice of appeal was filed on May 31, 2018. Because Richardson failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we grant Navient Corporation's motion to dismiss the appeal and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*